James MARQUIS

v.

KEYSTONE SHIPPING CO.

and

Paco Tankers, Inc.

Civ. A. No. 24367,

No. 153 of 1958, Admiralty.

United States District Court
E. D. Pennsylvania.

April 22, 1960.

Morris M. Shuster, Freedman, Landy & Lorry, Philadelphia, Pa., for plaintiff.

Robert Cox, Krusen, Evans & Shaw, Philadelphia, Pa., for defendants.

EGAN, District Judge.

This case involves the same counsel and the same motion concerning the defendants' pre-trial memorandum as the case of Pierro v. States Marine Corporation, D.C., 183 F.Supp. 77. For the reasons set forth in our opinion in the Pierro case, the defendants are ordered to file a pre-trial memorandum whose paragraph A indicates the areas of factual agreement and disagreement between the parties and, in areas of disagreement, sets forth the defendants' contentions and position.